1198

No. 93–6830.  GRANT v. KAISER PERMANENTE MEDICAL CENTER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–6848.  FRANCO v. MYERS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–6986.  YOUNG v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–7027.  MARSHALL v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 10th Cir.  Certiorari denied.

No. 93–7056.  RODRIGUEZ DIAZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7108.  SEMIEN v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7136.  SMITH v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 7th Cir.  Certiorari denied.

No. 93–7139.  ADAMS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7155.  LARA-ACOSTA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7246.  MERGERSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7321.  MAY v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 93–7353.  BOLINDER v. BATEMAN ET AL.  Ct. App. Utah.  Certiorari denied.

No. 93–7443.  IZARD, AKA LEWIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7484.  NEWSOME v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.